FILED

AUG 1 1 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

**Plaintiff** Lowell Green #00518622

SA23CA1004XR

**V.**                           Case No. _____

**Defendant** Judge Alan D. Albright, et al.

please see attached complaint

23-5033

Green v. Albright, 5:23-cv-567  Page 1 of 14

1. Case 6:19-cv-008 W.D. Tex. Waco Div.

Lowell Quincy Green. TDC No. 518622
aka Lowell DeQuincy Green, Federal
Bureau of Investigation 28 C.F.R.
§16.30-16.34 Case FBI-UNC-3460 4AA,
The FBI Identifie Ten-Point
Submission Agency Case D76898621312
NCN E2021312000000 274701

v. Civil No. 6:19-cv-008
Lorie Davis, Respondent, Texas Depart-
ment of Criminal Justice (CID)

2. Supreme Court of the United States,
July 5, 2023, Clayton R. Higgins, Jr.
(Clerk) Date Stamped.

3. USPS Tracking # 9205 5902 4503 8000 0000 2793 81

Certiorari to the United States Court of
Appeals for the Fifth Circuit

4. Petitioner, a state inmate pro ceeding
pro se, filed a state habeas.

Page 1. See other side.

RECEIVED
AUG 0 1 2023
OFFICE OF THE CLERK
SUPREME COURT, U.S.

Page 2 of 14

Corpus petition challenging his
illegal and uncauthorized Conviction December 07, 1994. @ 54th District
Court of McLennan County,
Texas 25 years. Possession of
a Controlled substance
namely: Cocaine. Cause no. 1994-659C,

(1) (omitted) the (Cocaine) and
Prior Convictions. Judge
George Allen, State of Texas
John Segrest, Public Defender
Russell D. Hunt, Sr 424 Austin
Ave. #1202 Waco, Texas 76701,

(2) The State of Texas v. Lowell
Quincy Green B/M DOB: 05/13/1965
119 Rogers Street McGregor Texas,
76657 Cause no. 1994-659C,
54th District Court of
McLennan County, Texas.

Page 2.

Page 3 of 14

January 02, 1994. Bond $5,000.00

CID#: 62147    TDC#518622,

③ Tex. Penal Code Ann. § 22.021
Aggravated Sexual Assault with
deadly weapon, to-wit: Knife,

④ on or about January 02, 1994
Lowell Quincy Green did then and
there cause the penetration
of Angela Ladesma Vagina,
⑤ intentionally or Knowingly with
his penis without Consent,

⑥ Lowell Quincy Green did then
and there used or exhibited
a deadly weapons-wt: Knife,

⑦ WR-82,981-09, Cause Number
1994-659-C, 54th District Court
McLennan County, Texas August

Page 3. See other side

Page 4 of 14

20, 2018. Barry N. Johnson, District Attorney McLennan County Texas, Writ Specialist Gabriel Price. Concluded Green's Attorney Russell D. Hunt, Sr. January 02, 1994 "WAIVED" (ALL) Proceedings. There was "NO" DNA. Cause 1994-659-C

⑧ Claire Daniels Criminal Records Archives CID# 62147 Cause NO. 1994-659-C (Destroyed) 82,981-09

⑨ Ron Curry, McGregor Police Lt. Cause no. 1994-659-C CID# 62147 (Destroyed) WR-82,981-09. Aug. 20, 2018. Judge Matt Johnson, Judicial Biased Judge (Structural) error. Tumey v. Ohio 273 U.S. 510, (1927) Reversal Automatic,

Page 4.

Page 5 of 14

Cf. Ex parte Preston, 833 S.W.2d 515,
517 (Tex. Crim. App. 1992) (if state
dismisses, waives or abandoned
portion of indictment after jeopardy
attaches, State is barred from later
litigating those allegations)

(11.) Lowell Quincy Green v. Lorie Davis,
    Civil No. 4:19-cv-00051 (WR-82,981-09)

(12) Cause No. 1994-659-C (S. Tex.
    Houston January 02, 2019)

(13) Hon. Judge Gray H. Miller, Lorie Davis,
    P.O. Box 99, Huntsville, Texas, 77342,
    0099; and upon the Attorney
    General of Texas, Ken Paxton,

(14) Attention: Edward Larry Marshall,
    Chief, Criminal Appeals Division
    (Mail Code 0106) P.O. Box 12548,
    Capital Station, Austin,

        Page 5. See other side

Texas 78711-2548. January 05, 2019

Appeared on a (Void) indictment

(15) Cause no 1994-659< the 25 years
expired January 02, 2019. Judge
Gray H. Miller was not impartial,
he violated his Oath of Office.

(16) Lowell Quincy Green v. United
States of America (Gray H.
Miller). USDC No. 4:18-cv-2435
(S.D. Tex. July 17, 2018) (Contempt)
18 USC §401 (1)(2012) (Lying) to
the United States Congress
after he took the Oath or
Affirmation under Article
VI of the United States
Constitution public "Trust".
(@ 4:19-cv-0005) he passed
Page 6.

Page 7 of 14

the (illegal) Conviction to Judge
Alan D. Albright . W.a.Ted. Waco,
Division Jun. 08, 2019, Green v.
Davis, USDC No. 6:19-CV-008,

(17.) 42 USC § 1983 Lowell Owings Green
V. McLennan County, USDC
No. 6:19-CV-440 (Alan D. Albright),

(18) (~~~~~~~~~~~~) lea 6:21-CV-165
(Feb. 2021)(Alan D. Albright)

(19) 6:22-CV-609 (2022) Alan D. Albright

(20.) 6:18-CV-313 (2018) WR-82981-09
Cause no. 1999-659-C (Alan
D. Albright) 19-50037 (5th Cir)

breaking the law is Bad
Behavior and illegal holding
a Black Man hostage in
State Prison is Treason

Page 7. see other side

20. under the United States
Constitution Thirteenth Amendment
Sec.1, and Denial of Equal Pro-
tection of the laws under
the United States
Constitution Fourteenth
Amendment Sec.1. 22.

21) Retaliation and Conspiracy
to Violate Plaintiff's First
Amendments Rights

19-50037. $2,176.00 Federal
Court Fee's B:18-cv-313
(2018)  Over 100 Civil
Right Suits Conclude
Judge Alan D. Albright,
Donna L. Mendez, Monica

Page 8.

Washington, Shellers & Saltzman,

Thomas Plurkett, Lyle W. Cayce,

No. 4:18-CV-2435 (5th Cir

July, 2020 and they still

have not filed Notice of

Appeal. Sydner v. Nolen, 3810

F.3d 279 (7th Cir)(Clerk of

Court not immune

Suit when refusing

to file pleadings without

judge direction) Green

v. Lumpkin, 3:20-cv-0276B

(N.D. Tex. 2020)(1994-659-c)

(David L. Horan)(Magistrate)

(Green v. Parole) 3:21-cv-3190

(David L. Horan)(2021) Contempt

(Federal employee's) lying

Page 9. see other side

Page 10 of 14

to Congress on their employment application when they signed their names in their Official Capacities they Committed Treason, Aggravated Perjury, usurpation, trespassing, assault and battery. USDC No. 6:21-CV-00716-

(22) Alan D. Albright (Green) V. USA (W.D.Tex. July 15, 2021) Punitive Damages @ 1.25 Million Dollars. Carson V. Green, 446 U.S. 14-22 (1980) I Demand Redress. Now. United States Justice Department FBI Complaint Number 183/1093-FCM. Civil Rights Division,

Page 10.

Page 11 of 14

Washington, DC 20530,

(23) June 27, 2023 "Nobody is
Above The Rule Of Law,"
Magna Charta. Marbury v.
Madison, "great liberties the
very essence of civil liberty
certainly consists in the
right of every individual
to claim the protection
of the laws, whenever
he receives an injury. One
of the first duties of
government is to afford
that protection... the
government of the United
States has been empha-
tically termed a government

Page 11. See other side

Page 12 of 14

of laws, and not of Men. It will
certainly cease to deserve
this high appellation, if the laws
funish no remedy for the violation
of a vested legal right ...
or can it be imagined that
the law funishes to injured
person no remedy? It is not
believed that any person
whatever would attempt to
maintain such a proposition.
Marbury v. Madison, 5 U.S. 137,
163, 165 (1803) Chief Justice
Marshall OPINION. First came
the Constitution Article
VI Supreme Law of the
Land. It would be Treason
to place 28 USC § 1915(g) before

Page

Page 13 of 14

the United States Federal Congress
Constitution. Fourteenth Amendment,
(24) 28 USC §1331. Question. Can the
judge violate his Oath and
Claim ~~case~~ 3-strikes 19-50037
(25) NO! Because he Committed
Treason and should dis-
qualify himself. Tumey
v. Ohio. 273 U.S. 510 (1927) A
biased judge is structural error
6. requiring automatic re-
Versal. 42 USC §9613(g)(2)
leave nothing for Con-
gress but pay $7.25
Million dollars, or im-
peach its employee's
Page 13. See other side

Page 14 of 14

USDC NO. 5:23-CV-114 (Atano Atbright)

Judge Jason K. Pulliam (Contempt) same

USDC No. 5:23-CV-507 (Atano Atbright)

Jason K. Pulliam (6/15/2023) 23-50438

(26) The Fifth Circuit is the problem

they are Committing Crime. 19-10322

( FALSE IMPRISONMENT) May 13, 1989

(FBG-97008-14) (30 Years 3:18-CV-145mm

(27) LOWELL DEQUINY GREEN (cns leaio)

(DC NO. 518022 (3-Strikes) his

Corporation Owe $2,176.00 Court

Fee's (Impossibility) 13th

(28) Amendment (reason Provost,

(28) ( END OF LITIGATION)

(29) The FBI Documented Case (5)

(30) All Relief is based on

Common sense $1.25 Million,

Liberty As A Right. Lowell

Lowell Green

Fifth Cir, Served 1/31/2023.